372 A.2d 420
Commonwealth v. Gibson, Appellant.

Argued December 10, 1976. Renald S. Barata, with him Margaret H. Poswistilo, for appellant; Nicholas M. Zanakos, First Assistant District Attorney, and John E. Gallagher, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 420
Commonwealth v. Gill, Appellant.

Argued December 6, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Joseph C. Madenspacher, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.